IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA LOVING, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | Civil No. 3:15-CV-1392-K | |
| § | | |
| TIMOTHY J. MAYOPOULOS, CEO, § | | |
|     Defendant. § | | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Plaintiff filed a Verified Memorandum in Opposition to Motion for Summary Judgment; Averment of Jurisdiction on December 29, 2015, that the Court construes as objections to the findings, conclusions and recommendation of the United States Magistrate Judge.  The Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.  The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

    SO ORDERED.

    Signed January 13th, 2016.

                                                  *Ed Kinkeade*
                                                  ED KINKEADE
                                                  UNITED STATES DISTRICT JUDGE